United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Kenneth Eugene Herritt  
Shelly Ann Storper  
    Debtor(s)

Case No. 20-03324-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jan 04, 2021      Form ID: ntcnfhrg      Total Noticed: 48

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Kenneth Eugene Herritt, Shelly Ann Storper, 207 Rupert Dr, Bloomsburg, PA 17815-9627 |
| 5374234 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5374233 | | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 5374242 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Continental Finance Company, Attn: Bankruptcy, PO Box 8099, Newark, DE 19714-8099 |
| 5374237 | + | Celtic Bank/Contfinco, 4550 New Linden Hill Rd, Wilmington, DE 19808-2930 |
| 5374239 | | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 5374240 | | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5374241 | | Consumer Adjustment Co, 514 Earth City Plz, Earth City, MO 63045-1312 |
| 5374248 | | Fed Loan Serv, PO Box 60610, Harrisburg, PA 17106-0610 |
| 5374249 | | Fed Loan Servicing, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 5374230 | | Herritt Kenneth Eugene, 207 Rupert Dr, Bloomsburg, PA 17815-9627 |
| 5378236 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5374251 | | Jpmcb Card, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5374232 | | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5374252 | + | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2807 |
| 5374253 | + | LendingClub, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-2807 |
| 5380885 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5374231 | | Storper Shelly Ann, 207 Rupert Dr, Bloomsburg, PA 17815-9627 |
| 5374261 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy, PO Box 15012, Chandler, AZ 85244-5012 |
| 5374260 | + | Tidewater Diagnostic Imaging L, 3630 George Washington Memorial Suite E, Yorktown, VA 23693-3350 |
| 5379345 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5378995 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5374263 | | US Dept of Ed/Glelsi, 2401 International Ln, Madison, WI 53704-3121 |
| 5374264 | | USDOE/GLELSI, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |
| 5376224 | | United States Department of Education, Claims Filing Specialist, PO Box 8973, Madison, WI 53708-8973 |
| 5374265 | | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus # MAC X2303-01A, Des Moines, IA 50328-0001 |
| 5378985 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5374266 | | Wf/Bobs Fn, PO Box 14517, Des Moines, IA 50306-3517 |
| 5374267 | | Williamsburg Emerg Phys I, 100 Sentara Cir, Williamsburg, VA 23188-5713 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 04 2021 19:27:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5374243 | | Email/Text: bankruptcy@credcontrol.com | Jan 04 2021 19:13:00 | Credit Control Corp, 11821 Rock Landing Dr, Newport News, VA 23606-4207 |
| 5374235 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 04 2021 19:27:54 | Capital One, Attn: Bankruptcy, PO Box 30285, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5380620 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 04 2021 19:28:17 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5374236 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 04 2021 19:27:23 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5374244 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 04 2021 19:27:57 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5374245 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 04 2021 19:27:30 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5376866 | + | Email/Text: mrdiscen@discover.com | Jan 04 2021 19:13:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 5374246 | | Email/Text: mrdiscen@discover.com | Jan 04 2021 19:13:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5374247 | | Email/Text: mrdiscen@discover.com | Jan 04 2021 19:13:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5374238 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 04 2021 19:27:21 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 5374250 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 04 2021 19:27:52 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5374252 | + | Email/Text: Documentfiling@lciinc.com | Jan 04 2021 19:13:00 | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2807 |
| 5374253 | + | Email/Text: Documentfiling@lciinc.com | Jan 04 2021 19:13:00 | LendingClub, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-2807 |
| 5374254 | | Email/Text: bankruptcyteam@quickenloans.com | Jan 04 2021 19:13:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-1906 |
| 5374255 | | Email/Text: bankruptcyteam@quickenloans.com | Jan 04 2021 19:13:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-1906 |
| 5374257 | | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2021 19:27:50 | Syncb/Mattress Firm, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5374256 | | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2021 19:27:50 | Syncb/amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 5374258 | | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2021 19:28:15 | Syncb/netwrk, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 5374479 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2021 19:27:51 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5374259 | | Email/PDF: gecsedi@recoverycorp.com | Jan 04 2021 19:27:51 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5378709 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5378710 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5374262 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit, 4 Gatehall Dr, Parsippany, NJ 07054-4518 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Shelly Ann Storper MyLawyer@JPPLaw.com  G17727@notify.cincompass.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Kenneth Eugene Herritt MyLawyer@JPPLaw.com  G17727@notify.cincompass.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans  LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Kenneth Eugene Herritt,<br>aka Kenneth E. Herritt, aka Kenneth Herritt, | Chapter 13 |
| **Debtor 1** | Case No. 5:20−bk−03324−RNO |
| Shelly Ann Storper,<br>aka Shelly A. Storper, aka Shelly Storper, | |
| **Debtor 2** | |

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **February 24, 2021** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: March 3, 2021<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 4, 2021 |

ntcnfhrg (03/18)