United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Kenneth Eugene Herritt  
Shelly Ann Storper  
    Debtors

Case No. 20-03324-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4  
Date Rcvd: Nov 21, 2023      Form ID: 3180W      Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Kenneth Eugene Herritt, Shelly Ann Storper, 207 Rupert Dr, Bloomsburg, PA 17815-9627 |
| 5374248 | | Fed Loan Serv, PO Box 60610, Harrisburg, PA 17106-0610 |
| 5374249 | | Fed Loan Servicing, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 5374230 | | Herritt Kenneth Eugene, 207 Rupert Dr, Bloomsburg, PA 17815-9627 |
| 5374251 | | Jpmcb Card, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5374231 | | Storper Shelly Ann, 207 Rupert Dr, Bloomsburg, PA 17815-9627 |
| 5374261 | # | Toyota Financial Services, Attn: Bankruptcy, PO Box 15012, Chandler, AZ 85244-5012 |
| 5378995 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5374267 | | Williamsburg Emerg Phys I, 100 Sentara Cir, Williamsburg, VA 23188-5713 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Nov 21 2023 23:42:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: RECOVERYCORP.COM | Nov 21 2023 23:42:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5374234 | | EDI: BANKAMER | Nov 21 2023 23:42:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5374233 | | EDI: BANKAMER | Nov 21 2023 23:42:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 5374237 | | Email/Text: cfcbackoffice@contfinco.com | Nov 21 2023 18:42:00 | Celtic Bank/Contfinco, 4550 New Linden Hill Rd, Wilmington, DE 19801 |
| 5374242 | | Email/Text: cfcbackoffice@contfinco.com | Nov 21 2023 18:42:00 | Continental Finance Company, Attn: Bankruptcy, PO Box 8099, Newark, DE 19714-8099 |
| 5374243 | | Email/Text: bankruptcy@credcontrol.com | Nov 21 2023 18:42:00 | Credit Control Corp, 11821 Rock Landing Dr, Newport News, VA 23606-4207 |
| 5374235 | | EDI: CAPITALONE.COM | Nov 21 2023 23:42:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5380620 | | EDI: CAPITALONE.COM | Nov 21 2023 23:42:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5374236 | | EDI: CAPITALONE.COM | Nov 21 2023 23:42:00 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 5374239 | EDI: CITICORP | Nov 21 2023 23:42:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 5374240 | EDI: CITICORP | Nov 21 2023 23:42:00 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5374241 | + Email/Text: EDI@CACIONLINE.NET | Nov 21 2023 18:42:00 | Consumer Adjustment Co, 514 Earth City Plz, Earth City, MO 63045-1303 |
| 5374244 | Email/PDF: creditonebknotifications@resurgent.com | Nov 21 2023 18:47:07 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5374245 | Email/PDF: creditonebknotifications@resurgent.com | Nov 21 2023 18:59:24 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5376866 | + EDI: DISCOVER | Nov 21 2023 23:42:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 5374246 | EDI: DISCOVER | Nov 21 2023 23:42:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5374247 | EDI: DISCOVER | Nov 21 2023 23:42:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5374238 | EDI: JPMORGANCHASE | Nov 21 2023 23:42:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 5374250 | EDI: JPMORGANCHASE | Nov 21 2023 23:42:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5378236 | + Email/Text: RASEBN@raslg.com | Nov 21 2023 18:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5384905 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2023 18:47:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5374232 | Email/Text: mylawyer@jpplaw.com | Nov 21 2023 18:42:00 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5374252 | EDI: LENDNGCLUB | Nov 21 2023 23:42:00 | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2802 |
| 5374253 | EDI: LENDNGCLUB | Nov 21 2023 23:42:00 | LendingClub, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-2802 |
| 5385482 | + EDI: LENDNGCLUB | Nov 21 2023 23:42:00 | LendingClub Corporation, 595 Market Street, Suite 200, Attention Bankruptcy, San Francisco, CA 94105-2802 |
| 5387732 | EDI: PRA.COM | Nov 21 2023 23:42:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5387733 | EDI: PRA.COM | Nov 21 2023 23:42:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5374254 | + Email/Text: bankruptcyteam@quickenloans.com | Nov 21 2023 18:43:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5374255 | + Email/Text: bankruptcyteam@quickenloans.com | Nov 21 2023 18:43:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5380885 | + Email/Text: bankruptcyteam@quickenloans.com | Nov 21 2023 18:43:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5374257 | EDI: SYNC | Nov 21 2023 23:42:00 | Syncb/Mattress Firm, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5374256 | EDI: SYNC | Nov 21 2023 23:42:00 | Syncb/amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 5374258 | EDI: SYNC | Nov 21 2023 23:42:00 | Syncb/netwrk, C/o, PO Box 965036, Orlando, FL |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 32896-5036 |
| 5374479 | + | EDI: SYNC | Nov 21 2023 23:42:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5374259 | | EDI: SYNC | Nov 21 2023 23:42:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5379345 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 21 2023 18:42:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5374262 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 21 2023 18:42:00 | Toyota Motor Credit, 4 Gatehall Dr, Parsippany, NJ 07054-4522 |
| 5374263 | | Email/Text: electronicbkydocs@nelnet.net | Nov 21 2023 18:43:00 | US Dept of Ed/Glelsi, 2401 International Ln, Madison, WI 53704-3121 |
| 5524315 | + | Email/Text: EBN@edfinancial.com | Nov 21 2023 18:42:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 5374264 | | Email/Text: electronicbkydocs@nelnet.net | Nov 21 2023 18:43:00 | USDOE/GLELSI, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |
| 5376224 | | Email/Text: electronicbkydocs@nelnet.net | Nov 21 2023 18:43:00 | United States Department of Education, Claims Filing Specialist, PO Box 8973, Madison, WI 53708-8973 |
| 5374265 | | EDI: WFFC2 | Nov 21 2023 23:42:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus # MAC X2303-01A, Des Moines, IA 50328-0001 |
| 5378985 | | EDI: WFFC2 | Nov 21 2023 23:42:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5374266 | | EDI: WFFC2 | Nov 21 2023 23:42:00 | Wf/Bobs Fn, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 45

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5378709 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5378710 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5386114 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5374260 | ##+ | Tidewater Diagnostic Imaging L, 3630 George Washington Memorial Suite E, Yorktown, VA 23693-3350 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor Quicken Loans LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Shelly Ann Storper MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Kenneth Eugene Herritt MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Kenneth Eugene Herritt | Social Security number or ITIN: xxx–xx–9376 | EIN: __–_____ |
| Debtor 2 (Spouse, if filing): Shelly Ann Storper | Social Security number or ITIN: xxx–xx–6716 | EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 5:20-bk-03324-MJC | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kenneth Eugene Herritt
aka Kenneth E. Herritt, aka Kenneth Herritt

Shelly Ann Storper
aka Shelly A. Storper, aka Shelly Storper

11/21/23

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                   **Chapter 13 Discharge**                   page 2