# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Kenneth Eugene Herritt aka Kenneth E. Herritt aka Kenneth Herritt** <br> **Shelly Ann Storper aka Shelly A. Storper aka Shelly Storper** <br>                              **Debtor(s)** <br><br> **Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.** <br>                            **Movant** <br>              **vs.** <br><br> **Kenneth Eugene Herritt aka Kenneth E. Herritt aka Kenneth Herritt** <br> **Shelly Ann Storper aka Shelly A. Storper aka Shelly Storper** <br>                              **Debtor(s)** <br><br> **Jack N. Zaharopoulos**, <br>                          **Trustee** | BK NO. 20-03324 MJC <br><br> Chapter 13 <br><br> Related to Claim No. 11-1 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>October 14, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Kenneth Eugene Herritt aka Kenneth E. Herritt aka Kenneth Herritt
207 Rupert Drive
Bloomsburg, PA 17815-9627

Shelly Ann Storper aka Shelly A. Storper aka Shelly Storper
207 Rupert Drive
Bloomsburg, PA 17815-9627

Attorney for Debtor(s)
Jason Paul Provinzano, Law Offices of Jason P. Provinzano, LLC
16 West Northampton Street
Wilkes Barre, PA 18701

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>October 14, 2021</u>

                                                                                                    **/s/Rebecca A. Solarz Esquire**
                                                                                                    Rebecca A. Solarz Esquire
                                                                                                    KML Law Group, P.C.
                                                                                                    BNY Mellon Independence Center
                                                                                                    701 Market Street, Suite 5000
                                                                                                    Philadelphia, PA 19106
                                                                                                    215-825-6327
                                                                                                    rsolarz@kmllawgroup.com